```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

|  |  |  |
|---|---|---|
| DAMEION B. RASPBERRY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 21-cv-1055 |
| JOSH BRAMLEY and JASON MCCALLISTER, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    Before the Court is United States Magistrate Judge Tu Pham's July 21, 2022 Report and Recommendation recommending that the Court dismiss without prejudice Plaintiff Dameion Raspberry's claims against Jason McCallister due to failure to serve. (ECF No. 62.)

    Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2).  No objections to the Report and Recommendation have been filed, and the time for

filing objections expired on August 4, 2022.  See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes.  There is no clear error in the Report.  The Court ADOPTS the Report in its entirety, and the claims against McCallister are DISMISSED.

So ordered this 19th day of August, 2022.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE